HOUSTON OIL CO. OF TEXAS et al. v. WILLIAMS LUMBER CO. et al.

(Circuit Court of Appeals, Fifth Circuit. October 3, 1910.)

No. 1,998.

Appeal from the Circuit Court of the United States for the Southern District of Texas.

Action by the Houston Oil Company of Texas and others against the Williams Lumber Company and others. From a judgment in favor of plaintiffs, defendants appeal. Affirmed.

T. M. Kennerly and H. O. Head, for appellants.
Gordon Bullitt and C. L. Carter, for appellees.

Before PARDEE and SHELBY, Circuit Judges, and FOSTER, District Judge.

PER CURIAM. This is an ancillary suit, by the appellants against the appellees. The sole material question involved was whether or not the appellants were bona fide purchasers of the land in suit for value and without notice. There was a reference to a special master, and he found that the appellants were chargeable with notice. The report, after a hearing on exceptions, was confirmed by the Circuit Court. We are of opinion that the evidence sustains the report and the decree confirming it.

Affirmed.